# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DALE R. DEBORDE,**

                **Plaintiff,**

-vs-                                             **Case No. 6:06-cv-1239-Orl-28KRS**

**DOUBLE T BOBCAT, INC., ANTHONY TORIBIO,**

                **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration after oral argument on the Joint Motion for Approval of Settlement [and] Motion to Dismiss Case With Prejudice, doc. no. 12. This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq.* In *Lynn's Food Stores, Inc. v. United States*, the United States Court of Appeals for the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." 679 F.2d 1350, 1353 (11th Cir. 1982).

      On January 26, 2007, I held a hearing to consider the fairness of the settlement. At the hearing, counsel indicated that under the settlement, Plaintiff Dale R. Deborde will receive all of the overtime compensation contended to be owed, plus liquidated damages, and attorney's fees. Because the plaintiff will receive all of the overtime compensation that was claimed to be due and

owing, I conclude that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* at 1354.

Accordingly, I respectfully recommend that the Court approve the settlement agreement and dismiss the case with prejudice. I also recommend that the Court direct the Clerk to close the file after an order of dismissal is entered.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 26, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy