UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DALE R. DEBORDE,

    Plaintiff,

-vs-                                            Case No. 6:06-cv-1239-Orl-28KRS

DOUBLE T BOBCAT, INC., ANTHONY TORIBIO,

    Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement [and] Motion to Dismiss Case with Prejudice (Doc. No. 12) filed January 11, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted and the settlement be approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 26, 2007 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The motion to approve the settlement and to dismiss the case is **GRANTED.**

    3.    The settlement agreement entered into by the parties is **APPROVED**.

    4.    This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 15th day of February, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party